# Notice Recipients

District/Off: 0971−1     User: admin     Date Created: 12/16/2022
Case: 22−10470     Form ID: 309B     Total: 38

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Arturo Felipe Solorzano | 2622 1st Street Apt 115 | Napa, CA 94558 |
| ust | Office of the U.S. Trustee / SR | Office of the United States Trustee | Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05−0153    San Francisco, CA 94102 |
| tr | Michael G. Kasolas | P.O. Box 27526 | San Francisco, CA 94127 |
| cr | Synchrony Bank | c/o PRA Receivables Management, LLC | P.O. Box 41021    Norfolk, VA 23541 |
| aty | Tyson M. Takeuchi | Law Office of Tyson M. Takeuchi | 1055 Wilshire Blvd. #850    Los Angeles, CA 90017 |
| smg | CA Franchise Tax Board | Bankruptcy Group | P.O. Box 2952    Sacramento, CA 95812−2952 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880    Sacramento, CA 94280−0001 |
| 15457300 | AT&T | 208 S. Akard St | Dallas, TX 75202 |
| 15457299 | Absolute Resolutions | 8000 Norman Center Drive Ste 350 | Minneapolis, MN 55437 |
| 15457304 | Citibank | 701 E 60th St N | Sioux Falls, SD 57104 |
| 15457305 | Citibank | Box 769004 | San Antonio, TX 78245−9004 |
| 15457302 | Citibank | PO Box 6181 | Sioux Falls, SD 57117 |
| 15457303 | Citibank | PO Box 769006 | San Antonio, TX 78245−9006 |
| 15457306 | Credit First Na/Firestone | Po Box 81083 | Cleveland, OH 44181 |
| 15457308 | Equifax | PO Box 144717 | Orlando, FL 32814−4717 |
| 15457307 | Equifax | PO Box 740241 | Atlanta, GA 30374−0241 |
| 15457309 | Experian | NCAC    PO Box 9556 | Allen, TX 75013 |
| 15457310 | IC System | Box 64378 | Saint Paul, MN 55164 |
| 15457311 | IC System Inc | PO Box 64378 | Saint Paul, MN 55164−0378 |
| 15457312 | JPMCB Card | PO Box 15369 | Wilmington, DE 19850 |
| 15457313 | Midland Credit Management | 320 East Big Beaver Ste 300 | Troy, MI 48083 |
| 15457314 | Midland Credit Management | 320 East Big Beaver Ste 300 | Troy, MI 48083 |
| 15457315 | Midland Credit Management | 320 East Big Beaver Ste 300 | Troy, MI 48083 |
| 15457316 | Midland Credit Management | 320 East Big Beaver Ste 300 | Troy, MI 48083 |
| 15457317 | Midland Credit Management | 320 East Big Beaver Ste 300 | Troy, MI 48083 |
| 15457318 | Portfolio Recovery | 120 Corporate Blvd Ste 100 | Norfolk, VA 23502 |
| 15457319 | Source Receivables Manag | PO Box 4068 | Greensboro, NC 27404 |
| 15457320 | Syncb /PPC | Box 965005 | Orlando, FL 32896 |
| 15457322 | Synchrony Bank | Po Box 965013 | Orlando, FL 32896 |
| 15457324 | T−Mobile Bankruptcy Team | PO Box 53410 | Bellevue, WA 98015−3410 |
| 15457325 | TBF Financial | 740 Waukegan Road Ste 404 | Deerfield, IL 60015 |
| 15457326 | TBF financial−case Civsb2132912 | c/o Stephanie M.Levy, Esq. | 21515 Hawthorne Blvd Suite 800    Torrance, CA 90503 |
| 15457327 | TD Bank USA/ Target Credit | PO Box 673 | Minneapolis, MN 55440−0673 |
| 15457328 | Trans Union Corporation | Attn: Public Records Department | 555 W Adams St.    Chicago, IL 60661 |
| 15457329 | WF Card Services | Box 14517 | Des Moines, IA 50306 |
| 15457301 | captial one | box 5253 | Carol Stream, IL 60197 |
| 15457321 | synchrony bank | po box 960061 | Orlando, FL 32896 |
| 15457323 | synchrony bank | po box 960061 | Orlando, FL 32896 |

TOTAL: 38